UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 3:20mj28 |
| v. | UNDER SEAL |
| **MARQUIS LAMAR GAINES** | |

## ORDER TO SEAL ARREST WARRANT, AFFIDAVIT AND CRIMINAL COMPLAINT

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Affidavit, Criminal Complaint, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit and Criminal Complaint, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 24th day of January, 2020.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE